IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14MJ3041 |
| vs. | |
| DANIEL L. WALKER, | ORDER |
| Defendant. | |

The defendant poses a serious risk of flight if released. On the government's motion to detain, the court afforded the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f).

Based on the evidence presented and information of record, the court finds by a preponderance of the evidence that the defendant's release would pose of risk of nonappearance at court proceedings.

Specifically, the court finds that the defendant has a criminal record which indicates a propensity to violate the law; has limited contacts with the community; is currently in state custody; waived the right to a detention hearing; and no conditions or combination of conditions are currently available which will sufficiently ameliorate the risks posed if the defendant is released.

Accordingly, the court concludes the defendant must be detained pending a status hearing.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

July 1, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge